Dr. Noah 🐶🐷🐮 >

Mar 20, 2021, 3:36 PM

Call me

I'm with my family what's up

I need to know why people left early yesterday, and what was accomplished over the course of the afternoon

And i want to discuss things in general. I can wait until Monday, but I wanted to give you an opportunity to speak with me before we begin Monday. I have concerns that we need to address. My time is very limited during the week, so if we want to speak at any length, weekend is better

We left at 4:45 after we came upstairs we cleaned up the paint brushes and closed everything up. I have always been under the impression that Tuesday's Wednesdays and Friday's were 4:30 end time. We finished white washing and distressing everything so that is done. Next we need to finish the couple strokes of paint in the living room and then we're kind of at a dead end until you tell us what you'd

iMessage



9:53

D

Dr. Noah 🐶🐷🐮 ›

We left at 4:45 after we came upstairs we cleaned up the paint brushes and closed everything up. I have always been under the impression that Tuesday's Wednesdays and Friday's were 4:30 end time. We finished white washing and distressing everything so that is done. Next we need to finish the couple strokes of paint in the living room and then we're kind of at a dead end until you tell us what you'd like next. I'm not able to speak on the phone today or tomorrow because my family is here, sorry.

Ok. You'd for sure be able to speak on the phone if one of your pets were sick. I'll talk to you Monday

I don't understand why you feel the need to treat me that way, but yeah talk to you Monday.

Treat you what way?

It's important that I speak with you, and every time you've needed me I've been there for you, middle of the night. Etc. I don't think it's unreasonable to be curt when you can't talk for 36hrs because you're

iMessage

Case 2:22-cv-00474-SCD   Filed 04/18/22   Page 2 of 8   Document 1-3

Treat you what way?

It's important that I speak with you, and every time you've needed me I've been there for you, middle of the night. Etc. I don't think it's unreasonable to be curt when you can't talk for 36hrs because you're with your family.
I was also with my family each of those times.
I'll talk to you Monday

Mar 20, 2021, 8:48 PM

I was making big decisions about sanctuary and wanted you to have input. I've been on the phone all day between Phil and Ben and Rachael and all 3 doctors and my mom and Garrett.
I wanted to give you an opportunity to provide input (Especially as it involves the future of Sanctuary and how jobs are going to change).

Take the day off Monday. We'll speak Tuesday

Mar 22, 2021, 8:40 AM

I need you now more than ever. And

iMessage



9:54

Dr. Noah 🐶🐷🐮

Mar 22, 2021, 8:40 AM

I need you now more than ever. And you won't even reply to me. I don't know what to think might be going on. but this is not the Hannah I'm used to

Things are going ok over here with just Rachael and me.
Please don't come back to work until you call me.
This is not paid leave (you're also welcome to call phil or Ben or my mom)

You asked me not to come to work today and I knew you would do this if I didn't come . . .

Ok

Just don't come anymore

I know

I didn't want you here today

I am doing exactly what you asked

I wanted to talk with you before you

iMessage



**9:54**

I am doing exactly what you asked

I wanted to talk with you before you came back

And since you couldn't talk over the weekend I set aside time today. Please talk to phil and Ben from now on, I'm done.

You never mentioned that you set time aside today. You said we would talk Tuesday. If you want certain things from people you have to be more clear.

I want you to talk to phil and Ben and not come back until you d

Do

I really struggled with wondering if I should of showed up today or not.

That's fine I'll speak with them.

To clarify, I did not want you to come today and I'm glad you didn't. I am not trying to be mean. I'm trying no to be taken advantage of for the thousandth time.
I'm tired of getting hurt.
I never would have ignored you like

iMessage



To clarify, I did not want you to come today and I'm glad you didn't. I am not trying to be mean. I'm trying no to be taken advantage of for the thousandth time.
I'm tired of getting hurt.
I never would have ignored you like that when it was something important.
It reminds me that kindness is construed as weakness. I need to have different boundaries. Everyone else called me back and 4 people came in most of the day yesterday. You refused to answer, even for a 2 minute convo regarding a situation that required your input.
I'm done getting walked all over.
You and the managers can figure out things going forward. I'm staying out of it.
I'll provide them this text thread and walk away.

I in no way am trying to take advantage of you and walk all over you. If anything you intimidate me and I am scared to talk to you at times which is why I avoid things. You made me feel guilty for asking you for help when my animals were dying. I would of never asked you to step

iMessage

Case 2:22-cv-00474-SCD    Filed 04/18/22    Page 6 of 8    Document 1-3



**9:54**

**Dr. Noah 🐶🐷🐮** ›

I in no way am trying to take advantage of you and walk all over you. If anything you intimidate me and I am scared to talk to you at times which is why I avoid things. You made me feel guilty for asking you for help when my animals were dying. I would of never asked you to step away from you family had they not been in serious trouble. I will make sure to talk with Ben and Phil today.

I made you feel guilty??

Ok, I'm really done. Goodbye

Mar 22, 2021, 4:27 PM

Your wording and explanations at the end of our conversation were unclear. Am I fired or not?

If you question my honesty as I'm genuinely confiding in you, and if you'd rather risk my veterinary license than stand up with me in the difficulty of this, then yes, I would no longer like you working here.

Ok

Read

In others words, yes you are

iMessage

Mar 22, 2021, 4:27 PM

> Your wording and explanations at the end of our conversation were unclear. Am I fired or not?

If you question my honesty as I'm genuinely confiding in you, and if you'd rather risk my veterinary license than stand up with me in the difficulty of this, then yes, I would no longer like you working here.

> Ok

Read

In others words, yes you are questioning my honesty and no your are not standing with me when I tell you my hands are tied?

That was an if then statement. If you feel that way, then it's not ok to work for me.

If you really feel that way after all these years, then yes. Keep the 7k you owe me and enjoy the car and I wish you luck and I'll miss you and I'm very grateful for all the million times you helped me.

iMessage