**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

HANNAH PRIDDY,

      Plaintiff,

v.                                       Case No.: 22-CV-00474

DR. NOAH'S ARK VETERINARY CLINIC;
NOAH ARNOLD; ABC INSURANCE COMPANY.

      Defendants.

---

## NOTICE OF APPEARANCE

---

        PLEASE TAKE NOTICE that Attorney Annalisa Pusick of Cade Law Group LLC hereby enters her appearance on behalf of Plaintiff Hannah Priddy. All future pleadings, notices, and other matters in this action should also be directed to me at the address indicated below. I certify that I am a member in good standing of the bar of this court.

Dated this 18th day of April, 2022.

                                             **CADE LAW GROUP LLC**

By: _____
                                  Annalisa Pusick SBN: 1116379
                                  P.O. BOX 170887
                                  Milwaukee, WI 53217
                                  (414) 255-3802 (phone)
                                  (414) 255-3804 (fax)
                                  annalisa@cade-law.com