UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HANNAH PRIDDY,

    Plaintiff,

v.                                               Case No.: 22-CV-00474

DR. NOAH'S ARK VETERINARY CLINIC;
NOAH ARNOLD; ABC INSURANCE COMPANY.

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Attorney Antonique C. Williams of Cade Law Group LLC hereby enters her appearance on behalf of Plaintiff Hannah Priddy. All future pleadings, notices, and other matters in this action should also be directed to me at the address indicated below. I certify that I am a member in good standing of the bar of this court.

Dated this 18th day of April, 2022.

                                                **CADE LAW GROUP LLC**

                                                By: /s/ Antonique C. Williams
                                                    Antonique C. Williams SBN: 1051850
                                                    P.O. BOX 170887
                                                    Milwaukee, WI 53217
                                                    (414) 255-3802 (phone)
                                                    (414) 255-3804 (fax)
                                                    annalisa@cade-law.com