UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

HANNAH PRIDDY,

    Plaintiff,

v.

DR. NOAH'S ARK VETERINARY CLINIC;
NOAH ARNOLD; ABC INSURANCE
COMPANY,

    Defendants.

Case No.: 22-cv-00474

Jury Trial Demanded

### PLAINTIFF'S CIVIL L. R. 7(h) EXPEDITED MOTION
### TO SEAL AND RESTRICT PUBLIC ACCESS TO EXHIBIT A OF COMPLAINT

NOW COMES Plaintiff, Hannah Priddy ("Plaintiff"), by her attorneys, Cade Law Group, LLC, pursuant to Local Rule 7(h), and respectfully requests the Court to seal and restrict public access to Exhibit A of the Complaint. *Dkt. #1-1.* The factual basis supporting this motion is as follows:

1. Plaintiff filed this lawsuit on April 18, 2022, which included four attached exhibits. *Dkt. # 1.*

2. Exhibit A of the Complaint includes the Charge of Discrimination drafted by Plaintiff and filed with the Equal Employment Opportunity Commission ("EEOC") on November 9, 2021. *Dkt. # 1-1.*

3. It came to counsel's attention that the name of Defendant Noah Arnold's minor child was inadvertently disclosed twice within Exhibit A, page 3.

4. Plaintiff first requests that Dkt. # 1, Exhibit A be sealed and restricted from public access due to nature of the allegations and to protect the minor child's identity.

5. Plaintiff additionally seeks to re-file the original exhibit with the appropriate level of redaction and has attached the redacted Charge of Discrimination to the Declaration of Annalisa Pusick as **Exhibit E**.

Dated this 25th day of April, 2022.

                                        **CADE LAW GROUP LLC**

                                        By: _____
                                               Annalisa Pusick SBN: 1116379
                                               Nathaniel Cade, Jr., SBN 1028115
                                               P.O. Box 170887
                                             Milwaukee, WI 53217
                                             (414) 255-3802 (phone)
                                             (414) 255-3804 (fax)
                                             annalisa@cade-law.com
                                             nate@cade-law.com