UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HANNAH PRIDDY,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. NOAH'S ARK VETERINARY CLINIC;<br>NOAH ARNOLD; ABC INSURANCE<br>COMPANY,<br><br>    Defendants. | Case No.: 22-cv-00474<br><br>Jury Trial Demanded |

## DECLARATION OF ANNALISA PUSICK

Pursuant to 28 U.S.C.§ 1746, the undersigned, Annalisa Pusick, makes the following statements under penalty of perjury under the laws of the United States.

1. I am an attorney admitted to practice law before this Court.

2. I represent Plaintiff Hannah Priddy in the above-captioned case.

3. This Declaration is made in support of Plaintiff's Civil L. R. 7(h) Expedited Motion to seal and restrict Exhibit A of the Complaint from public access.

4. Plaintiffs filed this lawsuit on April 18, 2022, which included four attached exhibits. Dkt. # 1.

5. Exhibit A of the Complaint includes the Charge of Discrimination drafted in the Equal Employment Opportunity Commission ("EEOC") on November 9, 2021. *Dkt. # 1-1.*

6. The name of Defendant Noah Arnold's minor child was inadvertently disclosed twice within Exhibit A, page 3.

7. Attached hereto as **Exhibit E** is a true, accurate, and properly redacted version of Exhibit A, the Charge of Discrimination filed by Plaintiff with the EEOC.

Executed this 25th day of April, 2022.

*s/ Annalisa Pusick*
Annalisa Pusick