# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

HANNAH PRIDDY,

       Plaintiff,

    v.

DR. NOAH'S ARK VETERINARY CLINIC;
NOAH ARNOLD; ABC INSURANCE
COMPANY,

       Defendants.

Case No.: 22-CV-0474

## DECLARATION OF NATHANIEL CADE, JR.

Pursuant to 28 U.S.C.§ 1746, the undersigned, Nathaniel Cade, Jr., makes the following statements under penalty of perjury under the laws of the United States.

1. I am an attorney duly licensed to practice law in the State of Wisconsin and before this Court.

2. I represent Plaintiff in the above-captioned case.

3. This Declaration is made in Support of Plaintiff's filing of a Rule 25 Suggestion of Death as to Defendant Noah Arnold.

4. Upon information and belief, Defendant Noah Arnold died on Tuesday, April 26, 2022. Attached hereto and incorporated herein as **Exhibit 1** is a true and correct copy of a news story that was published online by WISN - Channel 12 – Milwaukee, regarding Mr. Arnold's death. A diligent search has failed to turn up any obituary notice.

5. Attached hereto and incorporated herein as **Exhibit 2** is a true and correct copy of a Wisconsin CCAP entry showing a filed family law case between Noah Arnold and Leslie Arnold.

Executed this 5th day of May, 2022.

                                              /s/*Nathaniel Cade, Jr.*
                                              Nathaniel Cade, Jr.