# EXHIBIT 1

46°

**BREAKING NEWS:**
COVID-19: Where to get a test

1 / 2




SHOW TRANSCRIPT

**GET LOCAL BREAKING NEWS ALERTS**
The latest breaking updates, delivered straight to your email inbox.

Your Email Address | **SUBMIT**

Privacy Notice

*Advertisement*

# Veterinarian at center of sexual harassment lawsuits kills himself

A Shorewood veterinarian, who was sued by two former employees during the pandemic, was served another lawsuit notice last week by a third former employee

Updated: 10:25 PM CDT Apr 27, 2022

Infinite Scroll Enabled 



**Caroline Reinwald**
Reporter

**SHOREWOOD, Wis. —** *Warning: This report includes details of sexual harassment and suicide that could be upsetting to some readers.*

A sign on Dr. Noah's Ark Veterinary Clinic in Shorewood said they were closed Wednesday "due to unforeseen circumstances."


Advertisement

WISN 12 learned the owner, Dr. Noah Arnold, killed himself the night before.

Arnold was at the center of two federal lawsuits, accusing him of sexual harassment, misconduct and wrongful termination.

The first lawsuit, filed in 2020 by two former employees and settled in 2021, listed numerous inappropriate conversations their boss had with them.

One woman said Arnold repeatedly asked her questions about her sex life and said she couldn't comfortably report the allegations to the HR manager because it was Arnold's mother.

That woman in the lawsuit said she eventually had a "full-blown mental and emotional breakdown."

The second woman in the same lawsuit said Arnold had no boundaries with her and talked about his sex life in graphic detail.

The lawsuit said Arnold one time picked her up inappropriately and another time called her "a slut" in front of a client.

The most recent lawsuit, filed in federal court last week, was from a third former employee.

In court documents, the woman said Arnold told her about numerous affairs he was having with employees in the clinic and with his best friend's wife.

The lawsuit said Arnold then would ask the woman to help keep the affairs a secret from his own wife.

She said she continued to decline Arnold's advances and said he ultimately fired her last March after instructing her to take a day off.

A medical examiner's report said after Arnold met with his attorney Tuesday morning, Arnold's mother became worried and sent his best friend to check on him.

The report said the friend found Arnold dead in the basement of his childhood home.

WISN 12 spoke to multiple former employees on Wednesday, though none were willing to be interviewed on camera in fear of retaliation from the veterinarian's family.

WISN 12 also spoke to the woman and her attorney in the current lawsuit.

Neither were willing to comment on the ongoing case.

The lawsuit can potentially move forward, since it also includes the clinic and its insurance company.

Neither Arnold's attorney nor a co-veterinarian at the clinic were reachable for comment Wednesday.

## GOOD HOUSEKEEPING

**Wayfair's Way Day Sale Is Packed With Awesome Patio Furniture Deals — Here's What to Buy**

**Wayfair's Way Day 2022: All the Best Furniture Deals to Shop Right Now**

**Beats Studio Wireless, Noise-Canceling Earbuds Are On Sale On Amazon For Over 50% Off**

**Amazon's New Conscious Denim Is About to Be Your New Favorite**


# Dr. Noah's Ark Veterinary Clinic shuts down following owner's death

**By:** Emilee Fannon  Facebook | Twitter

**Posted:** May 3, 2022 12:52 PM CDT | **Updated:** May 3, 2022 3:02 PM CDT

 FACEBOOK   TWITTER   EMAIL



SHOREWOOD, Wis. (CBS 58) -- Dr. Noah's Ark Veterinarian Clinic has shut down after the owner died by suicide last week, according to an email sent to clients.

Dr. Becky Banks notified clients of Noah's Ark Veterinary Clinic in Shorewood that they will be closing immediately.

## TOP STORIES



1 person ejected in rollover crash on I41/94 SB, freeway closed at Ryan Rd



Milwaukee police search trash near Center and MLK Drive in connection to critically missing Emily Rogers



Some worry women will seek unsafe abortion options if current access becomes limited

NEWS    WEATHER    SPORTS    HOMETOWNS    CONTESTS    ABOUT US    MeTV

MILWAUKEE, WI

| TODAY | TOMORROW |
|---|---|
| 55° | 56° |
| Cloudy | AM Showers |

7 DAY FORECAST

CBS 58 Ready Weather Forecast

RADAR   MAPS   CAMERAS

terms of any other services I can legally provide through the Ark. It no longer exists."

Dr. Noah Arnold opened the clinic in 2017. The Milwaukee County Medical Examiner's Office confirmed Arnold died by suicide last week. It comes after Arnold was facing sexual harassment claims and allegations of a hostile work environment.

Banks revealed to clients she's been working to open her own veterinary clinic over the last several months and said she stayed at the Ark "while establishing my own clinic to not abandon my patients and to provide continuity of care."

"My goal is to have my new clinic's bare bones set up swiftly so that I can continue to provide care over the next months until we open in July as Riverwest Veterinary Clinic," Banks said.

Clients who need medical records are encouraged to contact the Ark, according to Banks email.

Banks added her staff at the new clinic are ramping up efforts to provide medical services and asked for patience as they are working with limited capacity to assist.

You can reach them at: info@riverwestvetclinic.com

"Unless you are a current patient in need of an urgent refill, please wait a few weeks to email about establishing care," Banks said.

### Share this article:

FACEBOOK    TWITTER    EMAIL



### Sponsored

**Two Banks That Pay 10x the Interest on Your Savings**
HIGH YIELD ACCOUNT | SPONSORED
Ads by Revcontent



### COVID VACCINE RESOURCES



Fewer than 1 in 5 US parents say they'll get Covid-19 vaccines for kids under 5 as soon as they can, survey finds


Case 2:22-cv-00474-SCD   Filed 05/05/22   Page 8 of 8   Document 11-1