# EXHIBIT 2

# Milwaukee County Case Number 2021FA005827 In RE the marriage of Leslie S Arnold and Noah D Arnold

## Case summary

**Filing date**
11-09-2021

**Case type**
Family

**Case status**
Closed - Electronic filing

**Class code description**
Divorce

**Responsible official**
Protasiewicz-24, Janet

**Branch ID**
24

### Party summary

| Party type | Party name | Party status |
|---|---|---|
| Petitioner | Arnold, Leslie S | |
| Respondent | Arnold, Noah D | |

## Parties

### Petitioner: Arnold, Leslie S

| Date of birth | Sex | Race |
|---|---|---|
| 11-1982 | | |

**Address (last updated 11-09-2021)**
9600 N. Lake Drive, Bayside, WI 53217 US

**Attorneys**

| Attorney name | Guardian ad litem | Entered |
|---|---|---|
| Zimmermann, Karen Goldman, Aty | No | 11-09-2021 |

### Respondent: Arnold, Noah D

| Date of birth | Sex | Race |
|---|---|---|
| 03-1982 | | |

**Address**

## Court record

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 12-27-2021 | Dismissed | Protasiewicz-24, Janet | | |
| 12-27-2021 | Order for dismissal | Protasiewicz-24, Janet | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

signed and filed.

lrp

12-27-2021 Proposed Order

**Additional text:**

for Dismissal, received from Attorney Karen Zimmermann

lrp

12-27-2021 Stipulation

**Additional text:**

for Dismissal, filed by Attorney Karen Zimmermann.

lrp

11-16-2021 Parenting education class petitioner/plaintiff   Protasiewicz-24, Janet

**Additional text:**

Certificate of completion, received and filed.  aw

11-11-2021 Admission of service          Protasiewicz-24, Janet

**Additional text:**

For Noah Arnold, received and filed.  aw

11-09-2021 Notice          Berrios, Ana M.

**Additional text:**

Notice & Order for Administrative Dismissal w/Parent Ed issued.  Action set for Dismissal
Calendar on May 10, 2022 at 04:15 pm.

11-09-2021 Confidential petition addendum

11-09-2021 Filing fee paid                                                          $218.00

**Additional text:**

Adjustment Number: 21A 103098,
Payable Number: 966644,
Receipt Number: 21RP045190,
Amount: $218.00

11-09-2021 Case initiated by electronic filing

11-09-2021 Summons and Petition with Minor Children   Protasiewicz-24, Janet