UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HANNAH PRIDDY,<br><br>   Plaintiff,<br><br> v.<br><br>DR. NOAH'S ARK VETERINARY CLINIC; NOAH ARNOLD; ABC INSURANCE COMPANY,<br><br>   Defendants. | Case No.: 22-CV-0474<br><br>Jury Trial Demanded |

## SUGGESTION OF DEATH AS TO DEFENDANT NOAH ARNOLD

Pursuant to Federal Rule of Civil Procedure 25, Plaintiff suggests on the record the death of Defendant Noah Arnold, which purportedly occurred on April 26, 2022. *See* Declaration of Nathaniel Cade, Jr. (Dkt. #11), at Ex. 1.

The Plaintiff further suggests that the proper substitute party should be the administrator of the estate of Mr. Arnold. However, after a review of available court information, it appears as if a probate matter in the name of Mr. Ellenberger has not been open or filed. Thus, the name and address of the administrator is unknown to this Plaintiff. Upon information and belief, Mr. Arnold does have a surviving spouse, Leslie S. Arnold, 9600 N. Lake Drive, Bayside, WI 53217. Cade Decl., Ex. 2.

Plaintiff expects and presumes that Leslie Arnold either will be named as the administrator or knows who the administrator will be. Leslie Arnold is being personally served with this Suggestion of Death as a potential interested non-party.

Pursuant to State Law, if an administrator for the Estate of Noah Arnold is not named within 30 days of his death, Plaintiff will seek to open an Estate.

Dated this 5th day of May, 2022.

                          **CADE LAW GROUP, LLC**
                          Attorneys for Plaintiff

By:   *s/Nathaniel Cade, Jr*
       Nathaniel Cade, Jr.
       Antonique Williams
       Annalisa Pusick
       P.O. Box 170887
       Milwaukee, WI 53217
       (414) 255-3802 (phone)
       nate@cade-law.com
       antonique@cade-law.com
       annalisa@cade-law.com