# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

HANNAH PRIDDY,

      Plaintiff,

Case No.: 22-CV-0474

v.

DR. NOAH'S ARK VETERINARY CLINIC;
NOAH ARNOLD; ABC INSURANCE
COMPANY,

      Defendants.

## ACCEPTANCE OF SERVICE

Matthew W. O'Neill, as the Resident Agent for the personal Representative of the

Estate of Noah S. Arnold (Ozaukee County Case No. 22-PR-115), hereby accepts service

of the Summons and Complaint on behalf of the Estate of Noah S. Arnold only.

Dated: 6/30/2022

By: _____

Matthew W. O'Neill