**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

**HANNAH PRIDDY,**

         Plaintiff,

                                 Case No.: 2:22-cv-00474-SCD

v.

**DR. NOAH'S ARK VETERINARY CLINIC,**
**NOAH ARNOLD, ABC INSURANCE**
**COMPANY,**

         Defendants,

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that the law firm of Schellinger & Associates, LLC, by Attorney Neal C. Schellinger, has been retained to represent the interests of Noah Arnold, more appropriately styled as the Estate of Noah S. Arnold by his personal representative, Joshua Schulman, who has been named as a defendant in the above-entitled matter, under a reservation of rights on the merits. It is requested that **all pleadings and discovery** be served upon our offices located at 316 North Grand Avenue, Waukesha, Wisconsin, 53186.

      Dated at Waukesha County, Wisconsin this 12th day of July, 2022.

                            SCHELLINGER & ASSOCIATES, LLC
                            Attorneys for the Defendant Noah Arnold, more appropriately styled as the Estate of Noah S. Arnold by his personal representative, Joshua Schulman.

P.O. ADDRESS:                                  *s/Neal C. Schellinger*
316 North Grand Avenue             By: _____
Waukesha, WI 53186                          Neal C. Schellinger
Phone: (262) 522-7474                    State Bar No.: 1000034
Facsimile: (262) 522-7471