UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HANNAH PRIDDY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 22-CV-00474 |
| DR. NOAH'S ARK VETERINARY CLINIC, NOAH ARNOLD; ABC INSURANCE COMPANY, | ) |
| Defendants. | ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| Proposed Intervenor. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of Meissner Tierney Fisher & Nichols S.C., by Mark D. Malloy, hereby enters an appearance in the above-captioned case as counsel for Proposed Intervenor, State Farm Fire and Casualty Company. We hereby demand that copies of all pleadings and other documents and correspondence be served upon us at our offices at 111 East Kilbourn Avenue, 19th Floor, Milwaukee, WI 53202-6622.

**MEISSNER TIERNEY FISHER & NICHOLS, S.C.**

By: *electronically signed by Mark D. Malloy*
Mark D. Malloy
State Bar No. 1035066
mdm@mtfn.com
Alexandria P. Staubach
State Bar No. 124277
aps@mtfn.com
**Attorneys for Proposed Intervenor State Farm Fire and Casualty Company**

**Mailing Address**
111 East Kilbourn Avenue, 19th Floor
Milwaukee, WI 53202-6622
(414) 273-1300
Facsimile: (414) 273-5840