THE MILWAUKEE CENTER
111 EAST KILBOURN AVENUE, 19TH FLOOR
MILWAUKEE, WI 53202-6622

MTFN.COM
MAIN 414.273.1300
FAX 414.273.5840



ALEXANDRIA P. STAUBACH
ATTORNEY AT LAW
APS@MTFN.COM

January 17, 2023

<u>VIA ECF</u>
The Honorable Stephen C. Dries, Magistrate Judge
United States Courthouse
Courtroom 284
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

  RE: *Hannah Priddy v. Dr. Noah's Arc Veterinary Clinic, Noah Arnold, ABC Insurance Company*
    U.S. District Court, Eastern District of Wisconsin, Case No. 2022-CV-00474

Dear Judge Dries,

  We represent ABC Insurance Company, more properly styled as State Farm Fire and Casualty Company in the above captioned matter. Having received Defendant Noah Arnold's Rule 26(f) Report we write to further inform the Court that the parties were unable to collectively meet and confer in advance of today's date. A meet and confer has been scheduled for January 18, 2023 at 10:00 am.

  Additionally, we write to inform the Court that State Farm is not in opposition to Defendant Noah Arnold's statement regarding the nature of the case. Further, as State Farm's Motion to Intervene was granted January 4, 2023 (Dkt. No. 20) State Farm intends to file a Motion for Declaratory Judgment regarding the insurance coverage issues implicated in this lawsuit and ask that the Court set a briefing schedule regarding the same. If, however, Plaintiff's motions based on Fed. R. Civ. P. 25, *res judicata*, claim preclusion and collateral estoppel are granted, it may effectively render our motion for declaratory judgment moot.

  Thank you for your attention to these matters.

          Respectfully,

          Alexandria P. Staubach