

**Nathaniel Cade, Jr.**
nate@cade-law.com
www.cade-law.com

January 23 , 2023

**VIA ELECTRONIC FILING**

Magistrate Stephen C. Dries
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

   Re: Hannah Priddy v. Dr. Noah's Ark Veterinary Clinic et al
     E.D. Wis. Case No. 22-CV-0474

Dear Magistrate Dries:

  I represent the Plaintiff in this matter. A scheduling conference is set for tomorrow morning. I apologize for the delay in sending this.

  Attorney Staubach and I discussed the intervenor's complaint and desire to file a motion for no coverage. Plaintiff does not object to this filing of this motion, as it does not make sense to conduct extensive discovery if the end result is no insurance coverage. Therefore, we believe that during the call tomorrow, the Court should set a briefing schedule on the motion that State Farm intends to file.

        Very truly yours,

        **CADE LAW GROUP LLC**

        Nathaniel Cade, Jr.

NC:cn

cc: Counsel of Record

P.O. Box 170887, Milwaukee, Wisconsin 53217
(414) 255-3802 (o)  (414) 255-3804 (f)
Case 2:22-cv-00474-SCD Filed 01/23/23 Page 1 of 1 Document 27