UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HANNAH PRIDDY,

    Plaintiff,

v.                                                                         Case No. 22-CV-0474

DR. NOAH'S ARK VETERINARY
CLINIC, NOAH ARNOLD, and
ABC INSURANCE COMPANY,

    Defendants,

STATE FARM FIRE AND CASUALTY COMPANY,

    Intervenor.

## DR. NOAH'S ARK VETERINARY CLINIC'S
## CIVIL L. R. 7.1 DISCLOSURE STATEMENT

The undersigned counsel of record for Defendant Dr. Noah's Ark Veterinary Clinic in the above-captioned action submits the following in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. The full name of every party the undersigned counsel represents in the action is as follows: Dr. Noah's Ark Veterinary Clinic.

2. Dr. Noah's Ark Veterinary Clinic has no parent corporation, and no publicly traded company owns 10% or more of its stock.

3. The name of the law firm whose attorneys will appear for Defendant Dr. Noah's Ark Veterinary Clinic in the above-captioned action is Kravit, Hovel & Krawczyk s.c.

Dated this 13th day of March, 2023.

          KRAVIT, HOVEL & KRAWCZYK s.c.

          *s/Aaron H. Aizenberg*
          Aaron H. Aizenberg
            State Bar No. 1066340
          Kravit, Hovel & Krawczyk s.c.
          825 North Jefferson Street - Fifth Floor
          Milwaukee, WI 53202
          Telephone: (414) 271-7100
          Facsimile: (414) 271-8135
          E-mail: aha@kravitlaw.com

          *Attorneys for Defendant Dr. Noah's Ark Veterinary Clinic*