THE MILWAUKEE CENTER
111 EAST KILBOURN AVENUE, 19TH FLOOR
MILWAUKEE, WI 53202-6622

MTFN.COM
MAIN 414.273.1300
FAX 414.273.5840



MARK D. MALLOY
ATTORNEY AT LAW
MDM@MTFN.COM

May 2, 2023

**VIA ECF**
The Honorable Stephen C. Dries
Magistrate Judge United States Courthouse
Courtroom 284
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

      Re:    Hannah Priddy v. Dr. Noah's Ark Veterinary Clinic, et al.
              U.S. District Court, Eastern District of Wisconsin
              Case No. 22-CV-474

Dear Judge Dries:

    I represent State Farm Fire & Casualty Company in this case. Please be advised that State Farm and Plaintiff have reached a settlement. The settlement disposes of the claims asserted individually against Noah Arnold (deceased), and the two motions currently pending before the Court. The claims against Dr. Noah's Ark Veterinary Clinic remain.

    We will be forwarding closing documents in the coming days. Thank you for your time and attention to the matter.

                                                     Very truly yours,

                                                      Mark D. Malloy

cc:    Counsel of Record (via ECF)